**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

BROADCAST MUSIC, INC.                    *
7 World Trade Center
250 Greenwich Street                     *
New York, NY 10007
                                         *

And
                                         *

COTILLION MUSIC, INC.
c/o 7 World Trade Center                 *
250 Greenwich Street
New York, NY 10007                       *

And                                      *

TERRY STAFFORD MUSIC CO.                 *
c/o 7 World Trade Center
250 Greenwich Street                     *
New York, NY 10007
                                         *
And
                                         *

WARNER-TAMERLANE PUBLISHING
   CORPORATION                           *
c/o 7 World Trade Center
250 Greenwich Street                     *
New York, NY 10007
                                         *
And

BROKEN ARROW MUSIC                       *
   CORPORATION
c/o 7 World Trade Center                 *
250 Greenwich Street
New York, NY 10007                       *

And                                      *

BLACKENED MUSIC                          *
c/o 7 World Trade Center

250 Greenwich Street                           *
New York, NY 10007
                                               *
And
                                               *
SHOWBILLY MUSIC
c/o World Trade Center                          *
250 Greenwich Street
New York, NY 10007                             *

And                                            *

PAINTED DESERT MUSIC                           *
      CORPORATION
c/o World Trade Center                          *
250 Grteenwich Street
New York, NY 10007                             *

         Plaintiffs               *

v.                                             *          Civil Action No.

1623 BREWING COMPANY, LLC                      *
dba 1623 BREWING
1146 Colonel Joshua Court                       *
Westminster, MD 21157
SERVE:                                         *
Craig A. Enck, Esquire
Rosenberg Martin Greenberg, LLP                 *
25 S. Charles Street, 21st Floor
Baltimore, MD 21221                            *

And                                            *

MICHAEL J. MCKELVIN, Individually              *
5975 Exchange Drive, Ste L
Eldersburg, MD 21784                           *

And                                            *

ZACHARY S. RISSMILLER, Individually            *
5975 Exchange Dr., Ste L
Eldersburg, MD 21784                           *

2

And                                            *

SANDRA L. MCKELVIN, Individually               *
5975 Exchange Drive, Ste L
Eldersburg, MD 21784                           *

    Defendants                             *

*      *      *      *      *      *      *      *      *      *      *      *      *

## COMPLAINT

Plaintiffs, by their undersigned counsel, file this Complaint against the Defendants and allege as follows:

### JURISDICTION AND VENUE

1.      This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3.      Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in 20.6 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.      The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.      Plaintiff Cotillion Music, Inc. is a corporation.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

6.      Plaintiff Terry Stafford Music Co. is a sole proprietorship owned by Nancy Hall. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7.      Plaintiff Warner-Tamerlane Publishing Corp is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8.      Plaintiff Broken Arrow Music Corporation is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9.      Plaintiff Showbilly Music is a sole proprietorship owned by Ronnie Gene Dunn. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10.     Plaintiff Blackened Music is a sole proprietorship owned by Clint Black. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11.     Plaintiff Painted Desert Music Corporation is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12.     Defendant 1623 Brewing Company, LLC is a limited liability company organized and existing under the laws of the state of Maryland, which operates, maintains, and controls an establishment known as 1623 Brewing, located at 5975 Exchange Dr., Suite L, Eldersburg, Maryland 21784, in this district (the "Establishment").

13.     In connection with the operation of the Establishment, Defendant 1623 Brewing Company, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

14.     Defendant 1623 Brewing Company, LLC has a direct financial interest in the Establishment.

15.     Defendant Michael J. McKelvin is a member of Defendant 1623 Brewing Company, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

16.     Defendant Michael J. McKelvin has the right and ability to supervise the activities of Defendant 1623 Brewing Company, LLC and a direct financial interest in that limited liability company and the Establishment.

17.     Defendant Zachary S. Rissmiller is a member of Defendant 1623 Brewing Company, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

18.     Defendant Zachary S. Rissmiller has the right and ability to supervise the activities of Defendant 1623 Brewing Company, LLC and a direct financial interest in that limited liability company and the Establishment.

19.     Defendant Sandra L. McKelvin is a member of Defendant 1623 Brewing Company, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

20.     Defendant Sandra L. McKelvin has the right and ability to supervise the activities of Defendant 1623 Brewing Company, LLC and a direct financial interest in that limited liability company and the Establishment.

21.     Since March 2021, BMI has reached out to Defendants over 70 times, by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act

with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

22.    Plaintiffs allege six (6) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.

23.    Annexed to this Complaint as Exhibit 1 (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants.  The Schedule contains information on the six (6) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

24.    For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

25.     For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

26.     For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

27.     For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.

28.     Defendants actions result in copyright infringement.

29.     The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

30.     Pursuant to 17 U.S.C. § 502, Plaintiffs seek statutory damages and an order that Defendants be enjoined from any further infringement on the copyrights.

31.     Pursuant to 17 U.S.C. § 505, Plaintiffs seek attorney's fees for this action.

WHEREFORE, Plaintiffs pray that:

(I)     Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III)   Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)    Plaintiffs have such other and further relief as is just and equitable.

Dated: December 8, 2023

                                        **RKW, LLC**


                                        */s/ Max Stadfeld*_____
                                        Max Stadfeld (Bar No. 05684)
                                        10075 Red Run Blvd., Suite 401
                                        Owings Mills, MD  21117
                                        Email: mstadfeld@RKWlawgroup.com
                                        Phone: (443) 379-8975

                                        */s/ Marie J. Ignozzi*_____
                                        Marie J. Ignozzi (Bar No. 29762)
                                        10075 Red Run Blvd., Suite 401
                                        Owings Mills, Maryland 21117
                                        mignozzi@rkwlawgroup.com
                                        443-379-8992

                                        *Attorney(s) for Plaintiffs*