# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Amarillo By Morning |
| Line 3 | Writer(s) | Terry Stafford; Paul Fraser |
| Line 4 | Publisher Plaintiff(s) | Cotillion Music, Inc.; Nancy Hall Stafford, an individual d/b/a Terry Stafford Music Co. |
| Line 5 | Date(s) of Registration | 8/2/73    4/16/82 |
| Line 6 | Registration No(s). | Eu 423973  PA 139-233 |
| Line 7 | Date(s) of Infringement | 10/14/2023 |
| Line 8 | Place of Infringement | 1623 Brewing |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | China Grove |
| Line 3 | Writer(s) | Tom Johnston |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 5/7/73    9/10/73 |
| Line 6 | Registration No(s). | Eu 404469  Ep 316432 |
| Line 7 | Date(s) of Infringement | 05/20/2023 |
| Line 8 | Place of Infringement | 1623 Brewing |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Cinnamon Girl |
| Line 3 | Writer(s) | Neil Young |
| Line 4 | Publisher Plaintiff(s) | Broken Arrow Music Corporation |
| Line 5 | Date(s) of Registration | 6/2/69 |
| Line 6 | Registration No(s). | Eu 118756 |
| Line 7 | Date(s) of Infringement | 10/14/2023 |
| Line 8 | Place of Infringement | 1623 Brewing |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Like The Rain |
| Line 3 | Writer(s) | Clint Black; Hayden Nicholas |
| Line 4 | Publisher Plaintiff(s) | Clint Black, an individual d/b/a Blackened Music |
| Line 5 | Date(s) of Registration | 6/25/96 |
| Line 6 | Registration No(s). | PAu 2-091-627 |
| Line 7 | Date(s) of Infringement | 10/14/2023 |
| Line 8 | Place of Infringement | 1623 Brewing |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Neon Moon |
| Line 3 | Writer(s) | Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Ronnie Gene Dunn, an individual d/b/a Showbilly Music |
| Line 5 | Date(s) of Registration | 9/16/91 |
| Line 6 | Registration No(s). | PA 536-368 |
| Line 7 | Date(s) of Infringement | 10/14/2023 |
| Line 8 | Place of Infringement | 1623 Brewing |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 6 | |
| Line 2 | Musical Composition | Ring Of Fire | |
| Line 3 | Writer(s) | June Carter; Merle Kilgore | |
| Line 4 | Publisher Plaintiff(s) | Painted Desert Music Corporation | |
| Line 5 | Date(s) of Registration | 11/23/90 | 9/17/62 |
| Line 6 | Registration No(s). | RE 498-587 | Ep 167400 |
| Line 7 | Date(s) of Infringement | 10/14/2023 | |
| Line 8 | Place of Infringement | 1623 Brewing | |